# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Timlin, Robert J. | USDC/CACD/WESTERN DIVISION | 02/01/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge, Senior Status | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

312 N. Spring St., Suite 233
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #1- See Note in Part VIII |
| 2. | Administrator of the Estate of ▇▇▇▇ deceased | See Note in Part VIII |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Timlin, Robert J. | 02/01/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2014 | State of California, Public Employee Retirement System, Retirement Benefits | $1,151.20 |
| 2. 12/31/2014 | State of California, Judges Retirement System, Retirement Benefits | $147,265.74 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Timlin, Robert J. | 02/01/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Timlin, Robert J. | 02/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Account | A | Interest | L | T | | | | | |
| 2. Common Stock General Electric | A | Dividend | J | T | | | | | |
| 3. Common Stock AT&T | A | Dividend | J | T | | | | | |
| 4. Common Stock Microsoft | A | Dividend | J | T | | | | | |
| 5. Common Stock Direct TV Group | | None | J | T | | | | | |
| 6. JP Morgan Chase Account | A | Interest | J | T | | | | | |
| 7. Common Stock Fannie Mae | A | Dividend | J | T | | | | | |
| 8. Common Stock AT&T Inc | D | Dividend | M | T | | | | | |
| 9. Common Stock Bristol Myers Squibb Co. | D | Dividend | N | T | | | | | |
| 10. Common Stock Chevron Corp. | D | Dividend | M | T | | | | | |
| 11. Common Stock Comcast Corp. | A | Dividend | J | T | | | | | |
| 12. Common Stock Eastman Chemical Co. | A | Dividend | J | T | | | | | |
| 13. Common Stock Exxon Mobil Co. | E | Dividend | P1 | T | | | | | |
| 14. Common Stock General Electric Co. | D | Dividend | J | T | | | | | |
| 15. Common Stock HSBC Holdings PLC | A | Dividend | J | T | | | | | |
| 16. Common Stock Ingredion Inc. | A | Dividend | L | T | | | | | |
| 17. Common Stock Integrys Energy Group | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Timlin, Robert J. | 02/01/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Common Stock Nisource Inc. | A | Dividend | J | T | | | | | |
| 19. Common Stock Occidental Pete Corp. | A | Dividend | M | T | | | | | |
| 20. Common Stock Pepco Holdings Inc. | A | Dividend | K | T | | | | | |
| 21. Common Stock Raytheon Co. | A | Dividend | J | T | | | | | |
| 22. Common Stock WGL Holdings Inc. | A | Dividend | J | T | | | | | |
| 23. Common Stock Zimmer Holdings Inc. | A | Dividend | J | T | | | | | |
| 24. Common Stock Teradata Corp. | A | Dividend | J | T | | | | | |
| 25. Common Stock Alcatel- Lucent Sponsored ADR ISIN (x) | | None | J | T | | | | | |
| 26. Common Stock NCR Corp (x) | | None | J | T | | | | | |
| 27. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Timlin, Robert J. | 02/01/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Referring to Part I- Positions: My ▮▮▮▮▮▮▮▮▮▮ died intestate on December 10, 2012, and on January 8, 2013, I as sole heir was appointed administrator of ▮▮ estate, which has been subject to probate proceedings in Arlington, Virginia. It is my understanding that the assets that were part of the estate of ▮▮▮▮▮▮ deceased, are reportable under Part VII, and are therefore listed in Part VII of this Financial Disclosure Report.

2) The assets reported in Part III, lines 1 and 2 and Part VII, lines 1 through 8 are reportable assets of Trust #1.

3) As to Part IIIA of this disclosure report regarding whether I had received any reportable income, assets, or transactions during the reporting period and particularly when acting as administrator of my ▮▮▮▮▮ estate, I did not.
The administration of the estate went smoothly and the Virginia authorities approved my completion of the necessary steps under that state's law for closing the estate, including payment of required governmental fees. All duties for such closure were completed no later than December 10, 2014 and the appropriate disbursements were completed by that date. Consequently, I no longer have the position of Administrator of ▮▮▮▮▮▮▮ deceased.

4) As to Part VII, lilnes 25 and 26, these stocks were inherited by me when my ▮▮▮▮ passed away in 2012. They have not generated any income, and the value is less than $15,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Timlin, Robert J. | 02/01/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert J. Timlin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544